

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 2 0 2022

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:22-CR- 103 - JCB - KNM |
| MICHAEL ALRIK YOUNGBLOOM | § | UNDER SEAL |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation:  18 U.S.C. § 922(a)(6) (False Statement in Connection with Attempted Acquisition of a Firearm)

On or about April 20, 2022, in Smith County, in the Eastern District of Texas, the defendant, **Michael Alrik Youngbloom**, in connection with his attempted acquisition of firearms, that is, a Taurus PT111 G2A 9mm caliber pistol and a Taurus PT140 G2 .40 caliber pistol, from Broadway Power Sports, a licensed firearm dealer, did knowingly make a false and fictitious written statement and that statement was intended or likely to deceive a licensed firearms dealer, with respect to any fact material to the lawfulness of the sale and acquisition of the firearm to the defendant under the provisions of chapter 44 of Title 18, in that the defendant represented that he had not been convicted in any court of a felony, or any other crime for which the judge could have imprisoned him for more than one year, when in fact, as the defendant then well knew, he had been previously convicted of Theft, on April 18, 2005, in Cause No. 241-0981-04, in the 241st District

Indictment - Page 1 of 3

Court of Smith County, Texas, and Possession of a Controlled Substance, on May 13, 2005, in Cause No. B-12,889 in the 392nd Judicial District Court of Henderson County, Texas.

In violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL,

_____ 7/20/2022 _____
Date

_____
FOREPERSON OF THE GRAND JURY

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
ALLEN H. HURST
ASSISTANT U.S. ATTORNEY

Indictment - Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:22-CR- |
| | § | |
| MICHAEL ALRIK YOUNGBLOOM | § | UNDER SEAL |

## NOTICE OF PENALTY

### Count One

Violation:          18 U.S.C. § 922(a)(6)
(False Statement in Connection with Attempted Acquisition of a Firearm)

Penalty:          A fine of not more than $250,000.00; imprisonment for not more than ten (10) years; a term of supervised release of not more than three (3) years.   18 U.S.C. § 924(a)(2).

Special Assessment:          $100

Indictment Page 3